UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:12-CR-119 |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| ROBERT FRANK POANDL | : | **MOTION AND ORDER** <u>**TO UNSEAL INDICTMENT**</u> |

-----------------------------------------

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Christy.Muncy @usdoj.gov

IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be unsealed.

11/15/12
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge